**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

TIMOTHY HAWKINS                                                                           PLAINTIFF

V.                                      4:08CV03587 JMM

CLAUD WELLS, Bailsman; and CONNIE
MICHELLE, Attorney                                                                      DEFENDANTS

## ORDER

Plaintiff has submitted this §1983 case for filing in this district.  However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b).  Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transmit a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this ___15___ of October, 2008.


_____
UNITED STATES DISTRICT JUDGE